# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| MAUREEN M. MILETTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 23-137T |
| v. | ) | (Filed: August 1, 2023) |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER

On July 31, 2023, the parties filed a joint motion for a 90-day stay of proceedings in this case to engage in settlement negotiations. ECF No. 16. For good cause shown, the motion is **GRANTED,** and the case is **STAYED** until **October 30, 2023**. The parties shall file a joint status report on or before **October 30, 2023**, advising the Court as to the status of the parties' settlement discussions and the need for any further proceedings.

**IT IS SO ORDERED.**

s/Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge